#### 9870.   PETTY *v.* THE STATE.

BROYLES, P. J.   1.   While some of the excerpts from the charge of the
court complained of are subject to slight criticism, none of them, when
considered in connection with the remainder of the charge and in the
light of the facts of the case, contains reversible error.

2. The verdict was amply authorized by the evidence, and the court did not
err in refusing a new trial.

        *Judgment affirmed.* *Bloodworth and Stephens, JJ., concur.*
                    DECIDED JANUARY 23, 1919.

Conviction of manslaughter; from Cobb superior court—Judge
Morris.   May 11, 1918.

*Mozley & Gann, George D. Anderson,* for plaintiff in error.
*Herbert Clay, solicitor-general,* contra.